# Court of Appeals
# of the State of Georgia

ATLANTA,  January 22, 2014

*The Court of Appeals hereby passes the following order:*

## A14A0877.  HENRY MOORE et al. v. RICHARD J. DENNING, JR.

Henry Moore and other members of the Board of Deacons of Shiloh Missionary Baptist Church sued the church's pastor.  On September 3, 2013, the trial court entered an order dismissing the action.  The deacons moved for reconsideration, but the trial court denied their motion.  On October 21, 2013, 48 days after entry of the dismissal order, the deacons filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a).  The denial of a motion for reconsideration is not directly appealable.  *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  And the filing of such motion does not extend the time for appealing the underlying judgment – in this case, the dismissal order.  Id.  The deacons' notice of appeal, therefore, is invalid as to the order denying their motion for reconsideration and untimely as to the order dismissing their case.  Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 01/22/2014
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

                        *Stephen E. Castlen* , *Clerk.*